Fill in this information to identify your case:

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | VPH Pharmacy, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-3067072 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5736 Miller Road** <br> **Swartz Creek, MI 48473** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Genesee** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** **Why is the case filed in** *this district?*     *Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

           Contact name _____

           Phone _____

---

■   **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 13, 2017**
MM / DD / YYYY

**X /s/ Amee Patel**          **Amee Patel**
Signature of authorized representative of debtor     Printed name

Title    **Attorney in fact for Devenkumar C. Patel, Sole Shareholder**

**18. Signature of attorney**

**X /s/ David Dragich**      Date **January 13, 2017**
Signature of attorney for debtor      MM / DD / YYYY

**David Dragich**
Printed name

**The Dragich Law Firm PLLC**
Firm name

**17000 Kercheval**
**Suite 210**
**Grosse Pointe, MI 48230**
Number, Street, City, State & ZIP Code

Contact phone   **313-886-4550**    Email address   **ddragich@dragichlaw.com**

**P63234**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

Fill in this information to identify the case:

Debtor name   **VPH Pharmacy, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule* _____
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**January 13, 2017**__     X /s/ Amee Patel
                                 Signature of individual signing on behalf of debtor

                                   **Amee Patel**
                                   Printed name

                                   **Attorney in fact for Devenkumar C. Patel, Sole Shareholder**
                                   Position or relationship to debtor

# United States Bankruptcy Court
## Eastern District of Michigan

| | | | |
|---|---|---|---|
| In re | **VPH Pharmacy, Inc.** | Case No. | |
| | Debtor(s) | Chapter | **11** |

<u>**STATEMENT OF ATTORNEY FOR DEBTOR(S)**</u>
<u>**PURSUANT TO F.R.BANKR.P. 2016(b)**</u>

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

    [ ]    <u>**FLAT FEE**</u>

       A.     For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

       B.     Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. . _____

       C.     The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

    [ X ]    <u>**RETAINER**</u>

       A.     Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **15,000.00**

       B.     The undersigned shall bill against the retainer at an hourly rate of $\_\_**375.00**\_\_. [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $\_\_**1,717.00**\_\_ of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

     A.     Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

     B.     Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

     C.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

     D.     Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

     E.     Reaffirmations;

     F.     Redemptions;

     G.     Other:
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

6. The source of payments to the undersigned was from:

     A.     _____     Debtor(s)' earnings, wages, compensation for services performed

     B.     **XX**     Other (describe, including the identity of payor)    **Amee Patel**

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:    **January 13, 2017**                              **/s/ David Dragich**

                                                     Attorney for the Debtor(s)
                                                     **David Dragich**
                                                      **The Dragich Law Firm PLLC**
                                                      **17000 Kercheval**
                                                      **Suite 210**
                                                      **Grosse Pointe, MI 48230**
                                                      **313-886-4550 ddragich@dragichlaw.com**

Agreed:    **/s/ Amee Patel**
                **Amee Patel**
                Debtor                                                      Debtor

# United States Bankruptcy Court
## Eastern District of Michigan

In re __VPH Pharmacy, Inc.__        Case No. _____

                           Debtor(s)        Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Devenkumar C. Patel**<br>**5736 Miller Road**<br>**Swartz Creek, MI 48473** | **Common Stock** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Attorney in fact for Devenkumar C. Patel, Sole Shareholder** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 13, 2017**                 Signature   **/s/ Amee Patel**

                                                           **Amee Patel**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re    __VPH Pharmacy, Inc.__ _____    Case No. _____

                                             Debtor(s)      Chapter    __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the Attorney in fact for Devenkumar C. Patel, Sole Shareholder of the corporation named as the debtor in this case, hereby verify

that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __January 13, 2017__ _____      __/s/ Amee Patel__ _____

                                                    **Amee Patel/Attorney in fact for Devenkumar C. Patel, Sole**
                                                    **Shareholder**
                                                    Signer/Title

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

1-800 We Answer
131 W. 35th Street
8th Floor
New York, NY 10001


70th District Court of Saginaw
Saginaw County Courthouse
111 S. Michigan Ave
Saginaw, MI 48602


A Abbey Transportation Corp
7428 Hardisty
West Bloomfield, MI 48324


A-Line Staffing
7400 Traingle Dr.
Suite B
Sterling Heights, MI 48314


A-LYST
5429 Richfield Rd.
Flint, MI 48506


A.I.R. Pre-Employment
301 Main Street, Suite 2B
Reisterstown, MD 21136


Access RN
1540 South Holland Sylvania Rd.
Suite 101
Maumee, OH 43537


Access Technologies International
840 Pld World North Third Street
Suite 600
Milwaukee, WI 53203


Accident Fund Insurance Co. of America
P.O. Box 77000
Dept. 77125
Detroit, MI 48277-0125


Adult Foster Care Providers
P.O. Box 46 Melissa Bently
Clio, MI 48420

Advance Cab
803 Dixie Drive
Benton Harbor, MI 49022


Affordable Scrubs & Uniforms LLC
3115 West Thompson Road
Fenton, MI 48430


Aging Services of Michigan
6512 Centurion Drive
Suite 380
Lansing, MI 48917


AGW Professional Painting
9155 Davison Road
Davison, MI 48423


Alero Health
5 Cedarbrook Drive
Suite 5
Cranbury, NJ 08512


All N One Automotive
3465 Sheridan Avenue
Saginaw, MI 48601


All-N-One Pest Control
3367 Richfield Rd.
Flint, MI 48506


Allied Waste
3328 Torrey Road
Flint, MI 48507


Alpine Health, LLC
601 Penhorn Ave
Unit 1
Secaucus, NJ 07094


Always Care Benefits Inc.
P.O. Box 2153
Dept. 1892
Birmingham, AL 35287

American Express
World Financial Center
200 Vesey Street
New York, NY 10285

American Geriatric Consultants
28701 Plymouth Road
Livonia, MI 48150-2335

American Messaging
P.O. Box 5749
Carol Stream, IL 60197-5749

Americorp Financial, LLC
P.O. Box 633553
Cincinnati, OH 45263-3553

AMERISOURCEBERGEN
Automed Technologies
52226 Network Place
Chicago, IL 60673

Anda Inc.
2915 Weston Road
Weston, FL 33332

Apothecary Products
11750 12th Avenue South
Burnsville, MN 55337

Argus Health Systems
1300 Washington St.
Kansas City, MO 64105

Arrow Shine Cleaning
3286 Dye Road
Flint, MI 48507

ARx Returns Inc.
18833 Sakera Road
Hudson, FL 34667

ARxIUM, Inc.
Attn: Carole Kubaszewski
1400 Busch Parkway
Buffalo Grove, IL 60089


AT&T
P.O. Box 5080
Carol Stream, IL 60197-5080


Auto Med
an AMERISOURCEBERGEN company
1400 Busch Parkway
Buffalo Grove, IL 60089


Auto-Owners Insurance
c/o The Shinberg Agency
Attn: Karen Thomas
2163 University Park Drive, Suite 200
Okemos, MI 48864


Baxter Healthcare Corp
P. O. Box 70564
Chicago, IL 60673


Bay Regional Medical Center
P.O. Box 06
Bay City, MI 48707


Beaconshire Group
21630 Hessel
Detroit, MI 48219


Bellanca Labarge
20480 Vernier Road
Harper Woods, MI 48225


Bellanca, Beattie, Delisle, PC
Attorneys & Counselors
20480 Vernier Road
Harper Woods, MI 48225


Belle Tire
2469 Center Road South
Burton, MI 48519

Blue Cross Blue Shield of Michigan
P.O. Box 674416
Detroit, MI 48267-4416


Blue Cross Blue Shield of Michigan
441 E. Jefferson Ave
Detroit, MI 48226


BLUPAX Pharmaceuticals, LLC
160 Raritan Center Parkway
Unit 1
Edison, NJ 08837


Bob Merlone
8384 Takser Road
Bellevue, MI 49021


Bonita Pharmaceuticals
6380 Commerce Drive
Westland, MI 48185


Briggs Healthcare
P.O. Box 1355
Des Moines, IA 50305-1355


BTS Carrier Inc.
50983 Weston Drive
Plymouth, MI 48170


C&B Air Compressor
5186 Fern Ave
Grand Blanc, MI 48439


C&P Towing
4026 N. Dort Hwy.
Flint, MI 48506


Canali's Pharmacy
200 Arnet Street #130
Ypsilanti, MI 48198


Canon Financial Services
14904 Collections Center Drive
Chicago, IL 60693-0149

Capitol Transport LLC
4773 W. Grand River
Lansing, MI 48906


CAPSA Solutions
8206 Solutions Center
Chicago, IL 60677-8002


Cardinal Health Pharmacy Distributor
2353 Prospect Drive
Aurora, IL 60504


CarStop Auto
21006 Coolidge Hwy
Oak Park, MI 48237


CBeyond
27555 Farmington Rd.
Suite 300
Farmington, MI 48334


Cedardale Distributors
620 Gotham Pkwy.
Carlstadt, NJ 07072


Centurion Medical Products
P.O. Box 842816
Boston, MA 02284-2816


Champion Air Testing
7130 Sheldon Road
Belleville, MI 48111


Change Health Care
P.O. Box 572490
Murray, UT 84157-2490


Chapman Power Systems, LLC
P.O. Box 13411
Flint, MI 48501


Chesaning Nursing Center
201 S. Front St.
Chesaning, MI 48616

Chet's Auto Repair
280 Corunna Drive
Flint, MI 48503


Cintas
P.O. Box 633842
Cincinnati, OH 45263


CIT Finance, LLC
10201 Centurion Parkway North
#100
Jacksonville, FL 32256


City of Detroit
Coleman A. Young Municipal Center
2 Woodward Ave
Detroit, MI 48226


City of Swartz Creek
8083 Civic Drive
Swartz Creek, MI 48473


CMS
National Government Services
P.O. Box 809305
Chicago, IL 60680


Comcast
P.O. Box 3005
Southeastern, PA 19398-3005


Communications Technologies Inc.
5479 Lapeer Road
Burton, MI 48509


Complete Delivery Solutions
202 East Industry Dr.
Oxford, NC 27565


Computer Net Express
16953 Cicotte Ave
Allen Park, MI 48101

Consumers Energy
Direct Pay Services
One Energy Plaza
Jackson, MI 49201


Continental Crownfield Distributors
11142 Downs Road
Pineville, NC 28134


Creative Compounding Centers, Inc.
631 N. Van Dyke Rd.
Imlay City, MI 48444


Creek Auto
7489 Grove St.
Swartz Creek, MI 48473


Crystal PC Services
1471 W. Bristol Road
Suite 2
Flint, MI 48507


Culligan of Flint
5383 Hill 23 Drive
Flint, MI 48507


Daniel R. Kiel
417 Chestnut
Flushing, MI 48433


Diplomat Specialty Pharmacy
P.O. Box 321130
Flint, MI 48532


Double T Services Inc.
9041 Miller Road
Swartz Creek, MI 48473


Drain Master
P.O. Box 395
Fenton, MI 48430

Drogueria Dela Villa Inc.
3051 El Tuque Industrial Park
Suite 102-103
Ponce, PR 00728


Drug Package
901 Drug Package Lane
O Fallon, MO 63366


Dynamic Staffing
Corporate Headquarters
920 Reserve Drive
Suite 150
Roseville, CA 95678


E-Shred
33300 W. 9 Mile Road
Farmington, MI 48336


Eagle Analytical Services LTD.
P.O. Box 2584
Houston, TX 77252


Earthlink GA Intra Services
2150 Holmgren Way
Green Bay, WI 54304


Eaton County Court
1045 Independence Blvd.
Charlotte, MI 48813


Eaton Form Inc.
2280 Arbor Boulevard
Dayton, OH 45439


Eichorn Ent.
8059 Coldwater Road
Flushing, MI 48433


EMDEON
3055 Lebanon Pike
Suite 1000
Nashville, TN 37214

EOffice Managers
15508 W. Bell Road
#101-102
Surprise, AZ 85374

Expo Products Novi Pet Expo
46100 Grand River Ave.
Novi, MI 48374

Eye Care and Cure
4646 S. Overland Drive
Tucson, AZ 85714

Facts & Comparisons
77 Westport Plaza
Suite 450
Saint Louis, MO 63146

Fast Eddies Car Wash Oil Change
8478 Miller Rd.
P.O. Box 27
Swartz Creek, MI 48473

FedEx
P.O. Box 660481
Dallas, TX 75266

FFF Enterprises Inc.
41093 Country Center Dr.
Temecula, CA 92591

Finkel Whitefield Selik
32300 Northwestern Hwy.
Suite 200
Farmington, MI 48334

First Healthcare Products
6125 Lendell Drive
Sanborn, NY 14132-9199

First Insurance Funding Corp.
450 Skokie Blvd.
Suite 100
Northbrook, IL 60062-7917

Fleetmatics USA LLC
1100 Winter Street
Suite #4600
Waltham, MA 02451


Flint City Treasurer
1101 S. Saginaw St.
Flint, MI 48502


Force By Design, Inc.
P.O. Box 7775
#94412
San Francisco, CA 94120-7775


Franklin Mill Co.
P.O. Box 345
Kent, OH 44240


Fromholz, Paauwee & Baker
5080 W. Bristol Road
Flint, MI 48507


Galaxy Alarm Systems Ltd.
361 Joffre Pl.
Windsor, Ontario N8X 2T1, Canada


Gen-Source
620 Gotham Parkway
P.O. Box 842
Carlstadt, NJ 07072


Genesee Country Treasurer
1101 Beach Street
Flint, MI 48502-1475


Genesee County Probate Court
Genesee County Prosecutor's Office
900 Saginaw St.
Flint, MI 48502


Geriscript RX
P.O. Box 1101
Williamston, NC 27892

Giamarco, Mullins, & Horton PC
101 W. Big Beaver Rd.
Troy, MI 48084


GlaxoSmithKline Pharmaceutical
P.O. Box 740415
Atlanta, GA 30374-0415


Grainger
Dept 868356486
Palatine, IL 60038-0001


Gulf Management Systems
2753 S.R. 580
Suite 212
Clearwater, FL 33755


Gunther's Locksmith Service
2540 Corunna Rd.
Flint, MI 48503


H&H Wholesale
1099 Rochester Rd.
Troy, MI 48083


H-Care Infusion Services
G-4433 Miller Road
Flint, MI 48507


HAP Alliance Health and Life
2850 W. Grand Blvd.
Detroit, MI 48202


Harvard Drug Group
31778 Enterprise
Livonia, MI 48150


HD Electric
9740 Oakhill Road
Holly, MI 48442


HDSmith LLC
4650 Industrial Drive
Springfield, IL 62703

Health Care Association of Michigan
HCAM Naylor Inc.
#300-1630 Ness Avenue
Winnipeg, MB R3J Canada


Health Care Logistics
P.O. Box 400
Circleville, OH 43113


Health Source Distributor LLC
7200 Rutherford Rd.
Suite 150
Windsor Mill, MD 21244


Hertz Schram PC
1760 S. Telegraph Rd.
Suite 300
Bloomfield Hills, MI 48302


Hinterman Electric Inc.
5043 Fenton Road
Flint, MI 48507


HireRight Inc.
Corporate Headquarters
3349 Michelson Dr., Suite 150
Irvine, CA 92612


Holy Cross Children's Services
8759 Clinton-Macon Rd.,
Clinton, MI 49236


Homes Scripts Pharmacy
500 Kirts Blvd.
Troy, MI 48084


HP & Associates PC
27950 Orchard Lake Road
Suite 110
Farmington Hills, MI 48334


Huron Medical Center
1100 South Van Dyke
Bad Axe, MI 48413

Ingham County Probate
Veterans Memorial Courthouse
313 W. Kalamazoo
Lansing, MI 48933


Innovatix LLC
P.O. Box 416385
Boston, MA 02241-6385


Integra LTC Solutions LLC
317 Commercial Avenue
Anacortes, WA 98221


Integra NV, Inc.
1805 N. Carson Street #382
Carson City, NV 89701-1216


Intergral Solutions Group
P.O. Box 751342
Charlotte, NC 28275-1342


Interplexus, Inc.
6613 192nd Pl.
Suite K-103
Kent, WA 98032


IRS
Department of Treasury
Internal Revenue Service
Cincinnati, OH 45999-0039


IYTHEM
Computer Net Express
2015 Hollywood Street
Dearborn, MI 48124


J&J Digital Solutions
31492 Glendale Road
Livonia, MI 48150


John Glenn High School
36105 Marquette St.
Westland, MI 48185

JSD MAnagement Inc.
1283 College Park Drive.
Dover, DE 19904-8713


Kallas Heating & Cooling
8121 Miller Road
Swartz Creek, MI 48473


Kan Rock Tire
706 S. Dort Hwy.
Flint, MI 48503


Katrina Larsen
18113 Lovell Road
Spring Lake, MI 49456


Kendall Printing Co.
5038 Corunna Rd.
Flint, MI 48532


Kerr Consulting
25510 McDonald Road
The Woodlands, TX 77380


Keysource Medical, Inc.
P.O. Box 637738
Cincinnati, OH 45263-7733


Lake Forest Anatomicals
1400 S. Skokie Hwy
Suite 4065
Lake Forest, IL 60045


Leading Age Michigan
201 N. Washington Square
Suite 920
Lansing, MI 48933


LearnSomething
2457 Care Drive
Suite 103
Tallahassee, FL 32308

Letavis Enterprises, Inc.
8478 Miller Road
P.O. Box 27
Swartz Creek, MI 48473


Letco Medical
1821 Reliable Parkway
Chicago, IL 60686-0001


LLC Wholesale Supply
1829 W. Drake Dr. #102
Tempe, AZ 85283


LTC Pharmacy
4477 East Paris Ave SE
Kentwood, MI 49512


Macomb County Probate Court
21850 Dunham Rd.
Mount Clemens, MI 48043


Maks Pharmacy and Diagnostics Inc.
46 Central Drive
Farmingdale, NY 11735


Manchac Technologies
1501 A. Wimbledon Drive
Alexandria, LA 71301


Marlin Business Bank
P.O. Box 13604
Philadelphia, PA 19101-3604


Mary Kasztelan
43764 Via Antonio Drive
Sterling Heights, MI 48314


Masters Pharmaceutical
P.O. Box 713769
Cincinnati, OH 45271


Matec of Michigan
2727 2nd Ave
Suite 138
Detroit, MI 48201

Matrix Distributors, Inc.
110 Tices Lanes, Building A
Unit 5B
East Brunswick, NJ 08816


MatrixCare
P.O. Box 1414
Minneapolis, MN 55480-1414


McKenzie Health System
120 N. Delaware Street
Sandusky, MI 48471-1009


McKesson Medical Surgical
9954 Mayland Drive
Suite 4000
Richmond, VA 23233


McKesson Specialty Care Distribution
401 Mason Rd.
La Vergne, TN 37086


MDS-137905
Dept# 1729 Medical Specialties Dist. LLC
P.O. Box 11407
Birmingham, AL 35246


MDS-137906
Dept# 1729 Medical Specialties Dist. LLC
P.O. Box 11407
Birmingham, AL 35246-1729


Med Management Techhnology
(Quick Mar)
372 S. Eagle Rd., Suite 299
Eagle, ID 83616


Med-Pass
L3495
Columbus, OH 43260-0001


MedCart Works
P.O. Box 1207
Williamston, NC 27892

MedCo Health Solutions
100 Parsons Pond Dr.
Franklin Lakes, NJ 07417


Medical Security Card Company, LLC
P.O. Box 80063
City of Industry, CA 91716-8063


Medical Specialties Distribution, LLC
MDS Dept#1729
P.O. Box 11407
Birmingham, AL 35246-1729


Medical Technology Resources
P.O. Box 932404
Cleveland, OH 44193


Medication Managers LLC
P.O. Box 377
Mason, OH 45040-5743


MedImpact Healthcare Systems
10680 Treena St.
Suite 500
San Diego, CA 92131


Medisca Inc.
P.O. Box 2592
Plattsburgh, NY 12901


Medline Industries Inc.
Dept CH 14400
Palatine, IL 60055-4400


Medtec Medical Inc.
1602 Barclay Blvd.
Buffalo Grove, IL 60089


Merchants & Medical
Credit Corp. Customer Service Dept.
6324 Taylor Drive
Flint, MI 48507-5680

Merchants Insurance Group
P.O. Box 4031
Buffalo, NY 14240-4031


Methodist Children's Home Society
26645 W. 6 Mile Road
Redford Charter Twp., MI 48240


Metro Man I, Inc.
16588 Schaefer Hwy
Detroit, MI 48235-4249


MGR Professional
G-3483 Beecher Road
Flint, MI 48532


Michigan Assisted Living Association
15441 Middlebelt Road
Livonia, MI 48154


Michigan County Medical Care Facilities
935 North Washington Ave
Lansing, MI 48906-5156


Michigan Department of Community Health
North Towne Professional Ctr.
14165 Fenton Rd., Suite 103
Fenton, MI 48430


Michigan Department of Treasury
Michigan Department of Treasury
Lansing, MI 48922


Michigan State Board of Pharmacy
611 W. Ottawa St.
Lansing, MI 48933


Michigan Vascular Access
315 Virginia Court
Canton, MI 48187


Midwest Telephone
5600 Williams Lake Road
Waterford, MI 48239

Mike Gawlowski
3473 Pointe Tremble
Algonac, MI 48001


Minnesota Independent Cooperative
2980 Commers Dr. #200
Eagan, MN 55121


MTS Medical Technologies
2003 Gandy Blvd N.
Suite 800
Saint Petersburg, FL 33702


Muscular Dystrophy Association
28446 Franklin Rd.
Southfield, MI 48034


Nandan Patel
1825 Parmenter Blvd.
Apt. 311
Royal Oak, MI 48073


National Government Services, Inc.
NGS-17003 DME MAC Non-MSP
P.O. Box 809273
Chicago, IL 60680-9273


Naylor LLC
P.O. Box 677251
Dallas, TX 75267-7251


Nevada State Board of Pharmacy
431 W. Plumb Lane
Reno, NV 89509


Norfolk Medical Products
7350 Ridgeway
Skokie, IL 60076


Novoderm LLC
d/b/a Alero Health
20 Spruce Meadows Dr.
Monroe Township, NJ 08831

NPC - BankCard Processing
2100 Interchange Way
Suite 100
Louisville, KY 40229


OCE Financial Services Inc.
5600 Broken Sound Blvd.
Boca Raton, FL 33487-3599


OCE Imagistics
755 E. Hampden Ave
Denver, CO 80231


Office Depot
P.O. Box 88040
Chicago, IL 60680-1040


Omni Medical Supply Inc.
4153 Pioneer Dr.
Walled Lake, MI 48390


Omnicell, Inc.
2003 Gandy Blvd. N.
Saint Petersburg, FL 33702


Orkin Pest Control
3179 Shattuck Road
Saginaw, MI 48603-3258


Orthomolecular
1991 Duncan Place
Woodstock, IL 60098


ParMed
4220 Hyde Park Boulevard
Niagara Falls, NY 14305-1798


Paul Wills
4450 Ashlawn
Flint, MI 48507


PCCA
P.O. Box 1439
Houston, TX 77251-1439

Pharma Link, Inc.
11211 69th Street N.
Largo, FL 33773


Pioneer Medical Pharmacy
12701 Telegraph Rd.
Taylor, MI 48180


Pitney Bowes (Purchase Power)
P.O. Box 371874
Pittsburgh, PA 15250-7874


Point Click Care
Wescom Solutions Inc.
5570 Explorer Drive
Mississauga, Ontario L4W0C4 Canada


Portage Pharmacy
7966 Lovers Ln.
Portage, MI 49002


Prepress Graphic Professionals Inc.
10921 Johnson Dr.
Shawnee, KS 66203


Prescription Supply Inc.
233 Tracy Rd.
Northwood, OH 43619


PriMed Pharmaceuticals
1301 Corlies Ave.
Neptune, NJ 07753


Principal Financial Group
28411 Northwester Hwy
Suite 700
Southfield, MI 48034


Pro-Med Returns Inc.
951 Clint Moore Rd.
Suite A
Boca Raton, FL 33487

Professional Auto Collision
6307 Corunna Road
Flint, MI 48532


QK Healthcare Inc.
35 Sawgrass Dr. #3
Bellport, NY 11713


QRP Beyond Print
94 Ashman Circle
Midland, MI 48640


QS1
P.O. Box 75154
Charlotte, NC 28275


Quck Reliable Printing
94 Ashman Circle
Midland, MI 48640


Quest Diagnostics
P.O. Box 740709
Atlanta, GA 30374-0709


Quest Pharmaceuticals
P.O. Box 270
Murray, KY 42071


Quill
P.O. Box 37600
Philadelphia, PA 19101-0600


Reliable Delivery
6774 Brandt
Romulus, MI 48174


Republic Pharmaceuticals
5840 Interface Dr.
Suite #200
Ann Arbor, MI 48103


Republic Services
832 Langsdale Ave.
Indianapolis, IN 46202

RGIS
P.O. Box 77631
Detroit, MI 48277


Ross, Stuart & Dawson, Inc.
691 N. Squirrel Road
Suite 175
Auburn Hills, MI 48326


Rothstein Kass
1350 Avenue of Americas
New York, NY 10019


Rx Care Assurance
8939 F Street
Omaha, NE 68127-1401


Rx Nutritional Solutions
8040 Castleway Drive
Indianapolis, IN 46250-1915


Rx Systems Inc.
121 Point West Blvd.
Saint Charles, MO 63301-4409


SAAD Resources
183 Faris Circle
Greenville, SC 29605


Salesforce.com
The Landmark at One Market
Suite 300
San Francisco, CA 94105


Sav-Rx Advantage
224 North Park Avenue
Fremont, NE 68025


Script Card Medical Card Company LLC
P.O. Box 80063
City of Industry, CA 91716-8063


Select Ride
P.O. Box 3707
Ann Arbor, MI 48106

Services Concept Inc.
P.O. Box 50247
Kalamazoo, MI 49005


SERVPRO of Fenton & Northwest Genesee
5223 Commerce Road
Flint, MI 48507


Shinberg Insurance
2163 University Park Drive
Suite 200
Okemos, MI 48864


Shiva's Accounting & Tax Services Inc.
47438 Bennington Drive
Novi, MI 48375


ShredCorp
31751 Sherman Ave
Madison Heights, MI 48071


Shuler E Harmon Jr.
P.O. Box 1636
Battle Creek, MI 49016


Simply Thick
200 S. Hanley Street
Suite #1102
Saint Louis, MO 63105-0100


Small Business Administrative Services
120 N. Washington Square
Suite 1000
Lansing, MI 48933-9985


SoftWriters Inc.
P.O. Box 101466
Atlanta, GA 30392-1466


Sona Pharmacy
27745 Dequindre Rd.
Madison Heights, MI 48071

South Pointe Wholsale Inc.
Dept #600
P.O. Box 24267
Jackson, MS 39225-4267


Southwest Post Box Services
2500 S. Linden Road
Flint, MI 48532


SouthWestCredit
4120 International Pkwy.
Suite 1100
Carrollton, TX 75007-1958


Spangler's
1174 W. Hill Rd.
Flint, MI 48507


Sparrow Hospital
1215 R. Michigan Ave
P.O. Box 30480
Lansing, MI 48910


Speed's Electric
1515 N. Saginaw Street
Flint, MI 48503


Stamps.com
P.O. Box 202928
Dallas, TX 75320-2928


State Auto Insurance Companies
P.O. Box 182738
Columbus, OH 43218-2738


State of MI - MDEQ HWCU
P.O. Box 30657
Lansing, MI 48909


Stericycle Commmunication Solutions
22604 Network Place
Chicago, IL 60673-1266

Stericycle Inc.
P.O. Box 6575
Carol Stream, IL 60197


Superior Computer Products
1919 Williams St.
Suite 340
Simi Valley, CA 93065


Susan H. Dunn
10233 Hillview Ct.
Grand Blanc, MI 48439


TCG, RX
 The Chudy Group, LLC
P.O. Box 409 N1671
Powers Lake, WI 53159


Terry Allen
3621 Fenton Road
P.O. Box 7072
Flint, MI 48507


TFS
P.O. Box 9490
Cedar Rapids, IA 52409-9490


The Derosa Group
354 S. Broad St.
Trenton, NJ 08608


The Hartford Financial Services Group
690 Asylum Avenue
Hartford, CT 06155


The Joint Commision
1 Renaissance Blvd.
Oakbrook Terrace, IL 60181


The Polack Corp.
1400 Keystone Ave
Lansing, MI 48911

The Shinberg Agency
1400 Abbott Road
Suite 440
East Lansing, MI 48823-1900


Top Rx
P.O. Box 1844
Dept. T-5
Memphis, TN 38101-1844


Trinity Cars Inc.
4624 13th Street
Wyandotte, MI 48192


Uline
P.O. Box 88741
Chicago, IL 60680-1741


United State Attorney
600 Church St. #210
Flint, MI 48502


United States DEA
431 Howard Street
Detroit, MI 48226


US Bank Equipment Finance
1450 Channel Parkway
Marshall, MN 56258


USPS
2500 S. Linden Road
Flint, MI 48532


Village Printing
349 McCormick Drive
Lapeer, MI 48446


Vincent Howard
c/o Hertz Schram PC
1760 S. Telegraph Rd.
Suite 300
Bloomfield Hills, MI 48302

Wakefield Leasing Corp.
770 West Sherman Blvd.
Muskegon, MI 49441


Walker Electric Inc.
3725 S. Saginaw Street
Suite 105
Flint, MI 48507


Wayne County Probate Court
Coleman A. Young Municipal Center
2 Woodward Ave
Detroit, MI 48226


Web Listing Inc.
1623 Military Road #926
Niagara Falls, NY 14304


Wellcare Consulting & Management
27950 Orchard Lake Rd.
Farmington Hills, MI 48334


West Shore Pharmacy
18 S. State Street
Hart, MI 49420


Westwood Nursing Home
16588 Schaefer Hwy.
Detroit, MI 48235


Wex Bank
7090 South Union Park Center
Suite 350
Midvale, UT 84047


Wim Floyd Company
G-7298 Fenton Road
Grand Blanc, MI 48439


Wolters Kluwer
P.O. Box 1610 Hagerstown
Hagerstown, MD 21741

```
Wright Express
P.O. Box 6293
Carol Stream, IL 60197-6293


Zoda Design
P.O. Box 4291
Flint, MI 48504


Zyno Medical, LLC
177 Pine St.
Natick, MA 01760
```