Fill in this information to identify the case:

Debtor name: **VPH Pharmacy, Inc.**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| Americorp Financial, LLC P.O. Box 633553 Cincinnati, OH 45263-3553 | | | | | | $31,653.15 |
| Bellanca Labarge 20480 Vernier Road Harper Woods, MI 48225 | (313) 882-1100 | | | | | $16,451.39 |
| Cardinal Health Pharmacy Distributor 2353 Prospect Drive Aurora, IL 60504 | Candace Bowman (866)739-4762 ext.24405 | | | | | $1,008,467.46 |
| Continental Crownfield Distributors 11142 Downs Road Pineville, NC 28134 | Dee (305)496-7069 | | | | | $536,780.32 |
| GlaxoSmithKline Pharmaceutical P.O. Box 740415 Atlanta, GA 30374-0415 | 1(866)334-7111 | | | | | $23,160.00 |
| Harvard Drug Group 31778 Enterprise Livonia, MI 48150 | Kari Speck (734)743-6075 | | | | | $18,648.00 |
| HDSmith LLC 4650 Industrial Drive Springfield, IL 62703 | Norma Ehrhart (217)529-0211 | | | | | $866,988.59 |
| HP & Associates PC 27950 Orchard Lake Road Suite 110 Farmington Hills, MI 48334 | (248)626-4200 | | | | | $40,500.00 |

| Debtor | VPH Pharmacy, Inc. | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Manchac Technologies<br>1501 A. Wimbledon Drive<br>Alexandria, LA 71301 | (318)442-3686 ext.4 | | | | | $43,015.00 |
| Masters Pharmaceutical<br>P.O. Box 713769<br>Cincinnati, OH 45271 | Lauren Britt<br><br>(800)982-7922 ext.1211 | | | | | $194,928.21 |
| Med Management Techhnology (Quick Mar)<br>372 S. Eagle Rd., Suite 299<br>Eagle, ID 83616 | (208)629-4616 | | | | | $21,294.80 |
| Medication Managers LLC<br>P.O. Box 377<br>Mason, OH 45040-5743 | Ray Ebersole<br><br>(513)632-7960 ext.333 | | | | | $19,550.00 |
| Minnesota Independent Cooperative<br>2980 Commers Dr. #200<br>Eagan, MN 55121 | Melissa<br><br>(800)940-1934 | | | | | $243,439.67 |
| MTS Medical Technologies<br>2003 Gandy Blvd N. Suite 800<br>Saint Petersburg, FL 33702 | Sandy Beiter<br><br>(727)571-1616 ext.1532 | | | | | $37,390.18 |
| Omnicell, Inc.<br>2003 Gandy Blvd. N.<br>Saint Petersburg, FL 33702 | (727)576-6311 | | | | | $44,318.65 |
| ParMed<br>4220 Hyde Park Boulevard<br>Niagara Falls, NY 14305-1798 | Leslie<br><br>1(800)249-7347 | | | | | $129,040.88 |
| Prescription Supply Inc.<br>233 Tracy Rd.<br>Northwood, OH 43619 | Jim<br><br>(419)661-6600 ext.119 | | | | | $29,119.31 |
| QK Healthcare Inc.<br>35 Sawgrass Dr. #3<br>Bellport, NY 11713 | Lois Henrizuez<br><br>(631)439-2135 | | | | | $23,401.40 |

| Debtor | VPH Pharmacy, Inc. | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Rothstein Kass**<br>**1350 Avenue of Americas**<br>**New York, NY 10019** | **(973)994-6666** | | | | | **$21,820.00** |
| **Wright Express**<br>**P.O. Box 6293**<br>**Carol Stream, IL 60197-6293** | **Renee**<br><br>**(800)492-0669** | | | | | **$41,291.74** |